ANNA BURKE, as Administratrix of the Estate of BENJAMIN F. BURKE, Deceased, Respondent, *v.* GEORGE HOLTZMANN, Appellant.

*Burke* v. *Holtzmann,* 117 App. Div. 292, affirmed.
(Argued November 15, 1909; decided November 30, 1909.)

APPEAL from a judgment of the Appellate Division of the Supreme Court in the third judicial department, entered January 21, 1907, affirming a judgment in favor of plaintiff entered upon a verdict and an order denying a motion for a new trial in an action to recover damages alleged to have been sustained by plaintiff's intestate through the refusal of the defendant, as commissioner of public works of the city of Schenectady, to allow such intestate, as a veteran of the Civil War, a preference in appointment as laborer in such department of public works.

*Daniel Naylon, Jr.,* for appellant.

*Alonzo P. Strong, Alvah Fairlee* and *Marvin H. Strong* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CULLEN, Ch, J., GRAY, EDWARD T. BARTLETT, HAIGHT, WERNER, WILLARD BARTLETT and CHASE, JJ.